

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY J. KELLY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-cv-4317 |
| | : | |
| OFFICER DEMOSS JONES et al., | : | |
| Defendants. | : | |

MCHUGH, J.                                                                APRIL 17, 2015

### ORDER

This 17th day of April, 2015, after reviewing Defendants' Motion to Dismiss and all accompanying submissions, it is hereby **ORDERED** that:

- Counts I, II, and IV of the First Amended Complaint are **DISMISSED** as to all Defendants. Malicious Prosecution under Count I will be considered under Count III instead. Plaintiff's Failure to Investigate claim is incorporated into his Malicious Prosecution claim.

- Count III is **DISMISSED** as to Officers John Gretsky and S. Gretsky, but will remain against Officer Demoss Jones.

- Count V is **DISMISSED IN PART**, as it applies to claims arising out of False Arrest. Claims arising out of Malicious Prosecution remain.

Gerald Austin McHugh, J.
United States District Judge

1