IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY J. KELLY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-4317** |
| v. | : | |
| | : | |
| **OFFICER DEMOSS JONES, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This 24th day of November, 2015 it is **ORDERED** that the Court's Memorandum and Order of April 17, 2015, vacated in part on May 13, 2015 as it pertains to Officer Jones, is **REINSTATED** in full. The reasons for the Court's decision are communicated in the attached Memorandum.

       /s/ Gerald Austin McHugh
United States District Court Judge